RECEIVED
IN ALEXANDRIA, LA.
APR 1 5 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRANDON LEE LANDS | CIVIL ACTION NO. 10-00343 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| SGT. LEMOINE, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's Motion for Temporary Restraining Order [2] is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of April 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE