RECEIVED
MAY 14 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **BRENDON LEE LANDS** | **CIVIL ACTION NO. 10-343** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **SGT. LEMOINE, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record in this matter, including plaintiff's objections to the Report and Recommendation, and having determined that the findings and recommendations are correct under applicable law, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's motion for summary judgment is **DENIED** in all respects.[1] It is further

**ORDERED, ADJUDGED** and **DECREED** that defendant Baptiste's motion for summary judgment is **GRANTED** and, accordingly, all claims against defendant Baptiste are **DENIED** and **DISMISSED** with prejudice.[2] It is, also

**ORDERED, ADJUDGED** and **DECREED** that defendant Lemoine's motion for summary judgment is **GRANTED** and, accordingly, all claims against defendant Lemoine are **DENIED** and **DISMISSED** with prejudice. It is, finally,

**ORDERED** that all other pending motions by plaintiff are **DENIED** as **MOOT**.[3]

---

[1] R. 87.
[2] R. 105.
[3] R. 112, 115, 116.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 14th day of May, 2013.

*[signature]*
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE